JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV11-10608 GAF (MANx) | Date | December 30, 2013 |
|---|---|---|---|
| Title | KANDACE SUMMERS v. STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Stephen Montes | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

A Notice of Settlement was filed on November 22, 2013 (Docket #87).

On November 22, 2013, the Court issued a Text Only Order ordering the parties to file a Stipulation and Proposed Order Dismissing the action on or before December 23, 2013 or, in the alternative a Joint Status Report.

The Order specifically warned Plaintiff that failure to comply with the Court's order shall be deemed consent to the dismissal of the action.

To date, however, no dismissal or status report has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | |
|  | SMO |